AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Hussein Ali Nasser, et al.

**APPEARANCE**

Case Number: 07 Cr. 1147 (HB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 10, 2008 | *[signature]* |
| Date | Signature |
| | Sharon E. Frase — SF-4906 |
| | Print Name — Bar Number |
| | U.S. Attorney's Office, One Saint Andrew's Plaza |
| | Address |
| | New York, New York 10007 |
| | City — State — Zip Code |
| | (212) 637-2329 — (212) 637-0421 |
| | Phone Number — Fax Number |